## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| CHARLES NEELY, | ) | Case No.: 17-00500 |
| | ) | |
| Debtor. | ) | Hon. Judge Thorne |

### NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: thocall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

PLEASE TAKE NOTICE that on June 3, 2020, at 1:30 p.m., I will appear before the Honorable Judge Thorne, or any judge sitting in that judge's place, and present the Debtor's Motion to Incur Debt and Shorten Notice, a copy of which is attached.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: Michael R. Colter, II
David M. Siegel & Assoc.., LLC
790 Chaddick Drive
Wheeling Illinois 60090

### CERTIFICATE OF SERVICE

I, Michael R. Colter, II, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on May 27, 2020 before 5:00 p.m.

*To the following persons or entities who have been served via U.S. Mail:*

Charles Neely
11765 N.147th Drive
Surprise, AZ 85379

American InfoSource
Direct TV LLC
PO Box 5008
Carol Stream, IL 60197

Becket & Lee
PO Box 3001
Malvern, PA 19355

City of Chicago
c/o Arnold Scott Harris
111 W. Jackson Blvd. Ste., 600
Chicago, IL 60604

Discover Bank
PO Box 3025
New Albany, OH 43054

FirstMerit Bank NA
III Cascade Plaza CAS 36
Akron, OH 44308

Guaranteed Rate
Attn: Bankruptcy Dept
1 Corporate Dr., Ste. 360
Lake Zurich, IL 60047

LVNV Funding LLC
C/O Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Midland Funding, LLC
P.O. Box 2011
Warren, MI 48090

Montgomery Ward
Creditors Bankruptcy Service
PO Box 800849
Dallas, TX 75380

Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

Quantum3 Group
PO Box 788
Kirkland, WA 98083

TD Bank USA NA
c/o Weinstein & Riley PS
PO Box 3978
Seattle, WA 98124

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **Chapter 13** |
| | ) | |
| **CHARLES NEELY,** | ) | **Case No.: 17-00500** |
| | ) | |
| **Debtor.** | ) | **Hon. Judge Thorne** |

### MOTION TO INCUR DEBT AND SHORTEN NOTICE

NOW COME the Debtor, CHARLES NEELY, by and through their attorneys, DAVID M. SIEGEL & ASSOC., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) On January 9, 2017, Debtor filed a voluntary petition for relief pursuant to Chapter 13 of Title 11 USC and Marilyn O. Marshall was appointed Trustee in the case.

3) Debtor's Plan will pay the general unsecured creditors 100% of their allowed claims.

4) Debtor is near the end of his plan. I have advised him to begin sending in additional payments.

5) Debtor received pre-qualification for a loan up to $330,000.00, with a monthly principal and interest rate payment of $1,783.41, so long as the monthly payment including property taxes, insurance, HOA fees, and flood insurance (if applicable) does not exceed $2,208.33 (Exhibit A).

6) Debtor seeks permission to purchase a home with the above terms of financing. Debtor can afford this expense based on his amended schedules I and J (Exhibit B).

7) Debtor also requests the court shorten the notice requirement since the creditors in this case are being 100% of their allowed claims and the Debtor would like to move forward with closing.

WHEREFORE, the Debtor, CHARLES NEELY, pray that this Honorable Court enter an Order to Incur Debt and Shorten Notice, and for other such relief as the Court deems fair and proper.

                                                    Respectfully Submitted,

                                                    /s/ Michael R. Colter, II
                                                    Michael R. Colter, II, A.R.D.C. #6304675
                                                    Attorney for the Debtor